UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MOHAMED MAJED CHEHADE REFAI,<br><br>        Plaintiff,<br><br>v.<br><br>PETER LAZARO, CITY OF NORTH LAS VEGAS, CITY OF NORTH LAS VEGAS POLICE DEPARTMENT, MARK PARESI, and UNITED STATES OF AMERICA,<br><br>        Defendants. | 2:08-CV-01096-PMP-PAL<br><br>**O R D E R** |

The Court having read and considered Plaintiff's Motion for Entry of Judgment Pursuant to Rule 54(b) (Doc. #135), filed on April 6, 2010, Defendants' Opposition thereto (Doc. #138) filed April 23, 2010, and Plaintiff's Reply (Doc. #139) filed May 3, 2010, and good cause appearing,

**IT IS THEREFORE ORDERED that** Plaintiff's Motion for Entry of Judgment Pursuant to Rule 54(b) (Doc. #135) is **DENIED**.

**IT IS FURTHER ORDERED that** the parties to this action shall forthwith proceed with full discovery on the merits in compliance with this Court's Order (Doc. #141) entered May 6, 2010.

DATED: May 14, 2010.

_____
PHILIP M. PRO
United States District Judge