Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
FREEMAN & ASSOCIATES
1060 Wigwam Parkway
Henderson, Nevada 89074
(702) 990-4913
Attorneys for Defendants
  City of North Las Vegas
  City of North Las Vegas Police Department
  Mark Paresi

## UNITED STATES DISTRICT COURT

## STATE OF NEVADA

* * * * *

| | |
|---|---|
| MOHAMED MAJED CHEHADE REFAI,<br><br>      Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA; PETER LAZARO, in his official capacity; CITY OF NORTH LAS VEGAS; CITY OF NORTH LAS VEGAS POLICE DEPARTMENT; MARK PARESI, in his official capacity; DOES 1 through 25 inclusive, in their individual capacities; and DOES 26 through 60 inclusive, in their individual and official capacities,<br><br>      Defendants. | Case No.: 2:08-cv-1096-PMP-PAL<br><br>**ORDER GRANTING DEFENDANTS' EMERGENCY MOTION TO SEAL EXHIBITS SUBMITTED WITH NLVDC DEFENDANTS' MOTION TO DISMISS OF IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT** |

  This court, having considered Defendant's Motion to Seal Exhibits Submitted with NLVDC Defendants' Motion to Dismiss, or in the alternative, Motion for Summary Judgment, hereby finds that there is good cause to grant said Motion.

...

...

...

...

...

...

1       **IT IS THEREFORE ORDERED THAT** the exhibits marked NLVDC 000075-79,
2 000118-120 and NLVDC 000218-228 be sealed and that NLVDC Defendants be granted
3 leave to submit supplemental exhibits consistent with the stipulation of the parties
4 regarding the production of regards.
5       IT IS SO ORDERED.

*/s/ Philip M. Pro*
_____
Honorable Philip M. Pro
United States District Court Judge
DATED: January 25, 2011.

FREEMAN & ASSOCIATES
1060 Wigwam Parkway
Henderson, Nevada 89074
Telephone (702) 990-4913