CHARLES D. SIEGAL (CA SBN 068603)
(*Admitted Pro Hac Vice*)
Charles.Siegal@mto.com
ROHIT K. SINGLA (CA SBN 213057)
(*Admitted Pro Hac Vice*)
Rohit.Singla@mto.com
SHOSHANA BANNETT (CA SBN 241977)
(*Admitted Pro Hac Vice*)
Shoshana.Bannett@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071
Telephone:   (213) 683-9100
Facsimile:   (213) 683-3702

PHILIP K. HWANG (CA SBN 185070)
(*Admitted Pro Hac Vice*)
phwang@lccr.com
LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA, 94105
Telephone:   (415) 543-9444
Facsimile:   (415) 543-0296

PETER L. ASHMAN (NV SBN 2285)
*(Local Counsel)*
pla@ashmanlaw.com
LAW OFFICES OF PETER L. ASHMAN
617 S 8th Street, Suite B
Las Vegas, NV 89101-7082
Telephone:   (702) 735-1112
Facsimile:   (702) 382-7775

Attorneys for Plaintiff
MOHAMED MAJED CHEHADE REFAI

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED MAJED CHEHADE REFAI,<br><br>  Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA; PETER LAZARO, in his individual capacity; CITY OF NORTH LAS VEGAS; CITY OF NORTH LAS VEGAS POLICE DEPARTMENT; MARK PARESI, in his individual capacity; DOES 1 through 25 inclusive, in their individual capacities; and DOES 26 through 60 inclusive, in their individual and official capacities,<br><br>  Defendants. | CASE NO. 2:08-cv-01096-PMP-PAL<br><br>**NOTICE OF CHANGE OF ATTORNEY** |

1 | **TO THE CLERK OF THE COURT AND ALL PARTIES:**

2 |       PLEASE TAKE NOTICE that Rachel L. Stein, admitted *pro hac vice*, has left the law firm of Munger, Tolles & Olson LLP and therefore should be removed from all service lists for this action.

      Plaintiff will continue to be represented by other existing counsel of record at Munger, Tolles & Olson LLP as well as the Lawyers' Committee for Civil rights of the San Francisco Bay Area.

DATED: January 12, 2011          MUNGER, TOLLES & OLSON LLP

                                      /s/ *Charles D. Siegal*
                                         Charles D. Siegal

MUNGER, TOLLES & OLSON LLP

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
   OF THE SAN FRANCISCO BAY AREA

Attorney for Plaintiff
MOHAMED MAJED CHEHADE REFAI

IT IS SO ORDERED this 13th day of January, 2012.

Peggy A. Leen
United States Magistrate Judge

- 2 -
NOTICE OF CHANGE OF ATTORNEY