UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MOHAMED MAJED CHEHADE REFAI,

Plaintiff(s),

vs

PETER LAZARO, et al.,

Defendant(s).

Case # 2:08-CV-1096-PMP-PAL

ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE

This case is currently stacked on the calendar on **Tuesday, March 12, 2013,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Peggy A. Leen** for a settlement conference.

DATED this 10th day of September, 2012.

*[signature]*

PHILIP M. PRO, U.S. DISTRICT JUDGE