1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada State Bar No. 2137
   CARLOS A. GONZALEZ
3  Assistant United States Attorney
   333 Las Vegas Blvd. South, Suite 5000
4  Las Vegas, Nevada 89101

5  SARAH E. WHITMAN
   sarah.whitman@usdoj.gov
6  UNITED STATES DEPARTMENT OF JUSTICE
   Civil Division, Torts Branch
7  Tel: 202-616-0089
   Fax: 202-616-4314
8  P.O. Box 7146, Ben Franklin Station
   Washington, D.C. 20044

*Attorneys for Defendants the United States and Peter Lazaro*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MOHAMMED MAJED CHEHADE REFAI, | No. 2:08-cv-01096-PMP-PAL |
| Plaintiff, | |
| v. | **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to LR IA 10-3, the United States, by and through their attorneys, Daniel G. Bogden, United States Attorney for the District of Nevada, and Carlos A. Gonzalez, Assistant United States Attorney, respectfully requests that this honorable Court permit Sarah E. Whitman to practice before this Court in all matters relating to the above-captioned case.

...

...

...

...

1   Ms. Whitman is an attorney with the United States Department of Justice. She is a
2 member in good standing of the bar of Massachusetts, Bar Number 657726. Accordingly, the
3 United States respectfully request that an order be issued allowing Sarah E. Whitman to practice
4 before this honorable Court.

Dated: September 10, 2012          Respectfully submitted,

                                   DANIEL G. BOGDEN
                                   United States Attorney


                                   _/s/ Carlos A. Gonzalez_
                                   CARLOS A. GONZALEZ
                                   Assistant United States Attorney



                                   **IT IS SO ORDERED:**

                                   _____
                                   **UNITED STATES DISTRICT JUDGE**

                                   **DATED:** September 11, 2012.

## **PROOF OF SERVICE**

I hereby certify that on September 10, 2012, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Rohit K. Singla  
Email: rohit.singla@mto.com  
Munger Tolles & Olson, LLP  
560 Mission Street, 27th Floor  
San Francisco, California 94105  

Philip Hwang  
Email: phwang@lccr.com  
Lawyers Committee for Civil Rights of the San Francisco Bay Area  
131 Steuart St.  
San Francisco, California 94105  

Peter L. Ashman  
Email: us@ashmanlaw.com  
Law Offices of Peter L. Ashman  
617 S. 8th St., Ste B  
Las Vegas, Nevada 89101-7082  

*Attorneys for Plaintiff*

Robert W Freeman, Jr.  
Email: rwfreeman@cox.net  
1060 Wigwam Parkway  
Henderson, Nevada 89074  

*Attorney for City of North Las Vegas;  
City of North Las Vegas Police Department;  
Mark Paresi*

   /s/ Carlos A. Gonzalez  
Assistant United States Attorney