| | |
|---|---|
| ROHIT K. SINGLA (CA SBN 213057) (*Admitted Pro Hac Vice*) Rohit.Singla@mto.com JENNY H. HONG (CA SBN 251751) (*Pro Hac Vice To Be Filed*) Jenny.Hong@mto.com MUNGER, TOLLES & OLSON LLP 560 Mission Street, Twenty-Seventh Floor San Francisco, CA  94105 Telephone:     (415) 512-4000 Facsimile:      (415) 512-4077 | AUDREY L. DANIEL (CA SBN 266117) (*Pro Hac Vice To Be Filed*) ADaniel@lccr.com LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA 131 Steuart Street, Suite 400 San Francisco, CA, 94105 Telephone:     (415) 543-9444 Facsimile:      (415) 543-0296 |

PETER L. ASHMAN (NV SBN 2285)
pla@ashmanlaw.com
LAW OFFICES OF PETER L. ASHMAN
617 S 8th Street, Suite B
Las Vegas, NV 89101-7082
Telephone:     (702) 735-1112
Facsimile:      (702) 382-7775

Attorneys for Plaintiff
MOHAMED MAJED CHEHADE REFAI

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED MAJED CHEHADE REFAI, <br><br>             Plaintiff, <br><br>     vs. <br><br>UNITED STATES OF AMERICA; PETER LAZARO, in his individual capacity; CITY OF NORTH LAS VEGAS; CITY OF NORTH LAS VEGAS POLICE DEPARTMENT; MARK PARESI, in his individual capacity; DOES 1 through 25 inclusive, in their individual capacities; and DOES 26 through 60 inclusive, in their individual and official capacities, <br><br>             Defendants. | CASE NO.  2:08-cv-01096-PMP-PAL <br><br>**NOTICE OF ATTORNEY WITHDRAWAL** |

18503665.1

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Charles D. Siegal should be removed from the list of counsel of record for plaintiff Mohamed Majed Chehade Refai ("Plaintiff") and from all service lists in this matter because he has passed away.

DATED: September 6, 2012               MUNGER, TOLLES & OLSON LLP


By: /s/ *Rohit K. Singla*
ROHIT K. SINGLA

Attorneys for Plaintiff
MOHAMED MAJED CHEHADE REFAI

IT IS SO ORDERED this 14th day of September, 2012.

_____
Peggy A. Leen
United States Magistrate Judge

18503665.1

- 2 -