UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MOHAMED MAJED CHEHADE REFAI, )
)
                       Plaintiff, )   Case No. 2:08-cv-01096-PMP-PAL
)
vs. )   **ORDER**
)
PETER LAZARO, et al., )
)
                       Defendants. )

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The Settlement Conference, currently scheduled for January 17, 2013, at 1:30 p.m., before the undersigned, is **VACATED** and **CONTINUED** to **January 24, 2013,** at **1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, currently due January 7, 2013, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., January 17, 2013.**

Dated this 30th day of October, 2012.

                                                            Peggy A. Leen
                                                            United States Magistrate Judge