UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MOHAMED MAJED CHEHADE REFAI,<br><br>  Plaintiff,<br><br>v.<br><br>PETER LAZARO, *et al.,*<br><br>  Defendants. | 2:08-CV-01096-PMP-PAL<br><br>**O R D E R** |

    Before the Court for consideration is Defendant City of North Las Vegas' fully briefed Motion for Reconsideration of Previously Filed Motion for Summary Judgment or in the Alternative for Leave to File Dispositive Motion (Doc. #234).

    For the reasons set forth in Plaintiff's Opposition (Doc. #241), the Court finds that the recent decision of the United States Supreme Court in *Florence v. Board of Chosen Freeholders of the County of Burlington et al*, 566 U.S. _132 S. Ct. 1510, 182 L. Ed. 2d (2012), and the recent dismissal of Plaintiff's claims against Defendant Mark Paresi, do not warrant reconsideration of this Court's previous Order on Summary Judgment.

///

///

///

**IT IS THEREFORE ORDERED** that .Defendant City of North Las Vegas' Motion for Reconsideration of Previously Filed Motion for Summary Judgment or in the Alternative for Leave to File Dispositive Motion (Doc. #234) is **DENIED.**

DATED: January 4, 2013.

_____
PHILIP M. PRO
United States District Judge