ROHIT K. SINGLA (CA SBN 213057)
(*Admitted Pro Hac Vice*)
Rohit.Singla@mto.com
JENNY H. HONG (CA SBN 251751)
(*Admitted Pro Hac Vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA  94105
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

PETER L. ASHMAN (NV SBN 2285)
pla@ashmanlaw.com
LAW OFFICES OF PETER L. ASHMAN
617 S 8th Street, Suite B
Las Vegas, NV 89101-7082
Telephone:    (702) 735-1112
Facsimile:    (702) 382-7775

AUDREY R. DANIEL (CA SBN 266117)
(*Admitted Pro Hac Vice*)
rgoldfaden@lccr.com
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY
AREA
131 Steuart Street, Suite 400
San Francisco, CA, 94105
Telephone:    (415) 543-9444
Facsimile:    (415) 543-0296

Attorneys for Plaintiff
MOHAMED MAJED CHEHADE REFAI

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED MAJED CHEHADE REFAI,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; PETER LAZARO, in his individual capacity; CITY OF NORTH LAS VEGAS; CITY OF NORTH LAS VEGAS POLICE DEPARTMENT; MARK PARESI, in his individual capacity; DOES 1 through 25 inclusive, in their individual capacities; and DOES 26 through 60 inclusive, in their individual and official capacities,<br><br>   Defendants. | CASE NO.  2:08-cv-01096-PMP-PAL<br><br>**REQUEST FOR EXCEPTION TO ATTENDANCE REQUIREMENT** |

Plaintiff, through his counsel, respectfully requests an exception to the Court's requirement that he appear in person at the settlement conference scheduled to commence at 1:30 p.m. on January 24, 2013. Plaintiff assures the Court that his counsel of record will be present for the settlement conference and will have full authority to settle this matter.

As this Court may already know, this case stems from Mr. Chehade's December 2006 trip from Frankfurt, Germany to Las Vegas, Nevada. Mr. Chehade intended to enter the United States under the visa waiver program available to German citizens, but he was denied entry and instead detained at the North Las Vegas Detention Center for four days and three nights before being returned to Germany. The government never explained why Mr. Chehade was being denied entry and Mr. Chehade was not charged with any crime by the United States.

Since then, Mr. Chehade has applied for and been denied a non-immigrant visa on two occasions. On March 10, 2008, he applied for a non-immigrant visa for permission to enter the United States temporarily and was denied that visa at the American Consulate in Frankfurt, Germany on March 13, 2008. Mr. Chehade re-applied for a visa to enter the United States at the American Consulate in Frankfurt on November 30, 2010, and was denied that visa on July 21, 2011. In light of these visa denials, it is highly unlikely that Mr. Chehade will be able to appear in person at the January 24 settlement conference.

Mr. Chehade requests that the Court permit his counsel of record, Rohit Singla and Jenny Hong of Munger, Tolles & Olson LLP, to represent him at the settlement conference. He has discussed settlement with them and given them full authority to settle this matter. Mr. Chehade will be in Germany on the day of the settlement conference and with the nine-hour time difference, the settlement conference will begin at 10:30 p.m. for

1 | Mr. Chehade. Given Mr. Chehade's advanced age, it would be difficult for Mr. Chehade
2 | to participate by telephone, but if the Court thinks it would be helpful, Mr. Chehade can
3 | be on telephone standby during the settlement conference.

DATED: January 2, 2013

MUNGER, TOLLES & OLSON LLP

By: _____
   JENNY H. HONG

Attorneys for Plaintiff
MOHAMED MAJED CHEHADE REFAI

IT IS SO ORDERED this 11th day of January, 2013.

_____
Peggy A. Leen
United States Magistrate Judge

- 3 -