| | |
|---|---|
| ROHIT K. SINGLA (CA SBN 213057) (*Admitted Pro Hac Vice*) Rohit.Singla@mto.com JENNY H. HONG (CA SBN 251751) (*Admitted Pro Hac Vice*) MUNGER, TOLLES & OLSON LLP 560 Mission Street, Twenty-Seventh Floor San Francisco, CA  94105 Telephone:     (415) 512-4000 Facsimile:      (415) 512-4077 | AUDREY R. DANIEL (CA SBN 266117) (*Admitted Pro Hac Vice*) rgoldfaden@lccr.com LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA 131 Steuart Street, Suite 400 San Francisco, CA, 94105 Telephone:     (415) 543-9444 Facsimile:      (415) 543-0296 |

PETER L. ASHMAN (NV SBN 2285)
pla@ashmanlaw.com
LAW OFFICES OF PETER L. ASHMAN
617 S 8th Street, Suite B
Las Vegas, NV 89101-7082
Telephone:     (702) 735-1112
Facsimile:      (702) 382-7775

Attorneys for Plaintiff
MOHAMED MAJED CHEHADE REFAI

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED MAJED CHEHADE REFAI, <br><br>        Plaintiff, <br><br>    vs. <br><br> UNITED STATES OF AMERICA; PETER LAZARO, in his individual capacity; CITY OF NORTH LAS VEGAS; CITY OF NORTH LAS VEGAS POLICE DEPARTMENT; MARK PARESI, in his individual capacity; DOES 1 through 25 inclusive, in their individual capacities; and DOES 26 through 60 inclusive, in their individual and official capacities, <br><br>        Defendants. | CASE NO.  2:08-cv-01096-PMP-PAL <br><br> **JUDGMENT** <br><br> The Honorable Philip M. Pro |

20473823.1

1   This action having come before the Court, the Honorable Philip M. Pro, District Judge,

2   presiding, it is ORDERED AND ADJUDGED that the Plaintiff's claims against the City of

3   North Las Vegas and City of North Las Vegas be dismissed with prejudice.

Dated: _____April 4___, 2013

_____
Judge Philip M. Pro

Respectfully submitted,

DATED: April 2, 2013          MUNGER, TOLLES & OLSON LLP


By: _____/s/ Jenny H. Hong_____
         JENNY H. HONG

Attorneys for Plaintiff
MOHAMED MAJED CHEHADE REFAI

- 2 -

20473823.1